UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAGE WORLDWIDE, INC.,<br>　　　　　　　　　　Plaintiff,<br>v.<br>VIRGINIA KNUDSEN, et al.,<br>　　　　　　　　　　Defendants.<br>AND RELATED COUNTERCLAIM. | Case No.: 19-cv-01351-W (JLB)<br><br>**ORDER RE: DISCOVERY DISPUTE** |

On December 5, 2019, the parties left a joint voicemail message with Judge Burkhardt's chambers requesting further assistance with their discovery dispute. Specifically, the parties requested the Court's assistance with setting a production schedule for the disputed discovery discussed during the Discovery Conference on December 3, 2019. (*See* ECF Nos. 37, 38.) For good cause shown, the Court ORDERS Defendants Virginia Knudsen and Leaders Edge Consulting, Inc. to respond to the disputed Requests for Production of Documents and Interrogatories no later than **February 3, 2020**.

**IT IS SO ORDERED.**

Dated: December 13, 2019

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge